UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOES, *infringer identified as using IP address 67.254.195.125*,

                Defendant.

------------------------------------ x

ORDER

20 Civ. 7222 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

    The February 2, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Freeman for General Pretrial and Dispositive Motions.

Dated: February 2, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE